**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., | ) |
| and STEAK N SHAKE, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No.: 1:21-cv-2131 TWP-MPB |
| | ) |
| | ) |
| iFOOD, INC., | ) |
| SHASHI K. RATTAN, and | ) |
| CHANDRU C. GURNANI, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

To:     iFood, Inc.
        2840 E. Millbrook Rd.
        Raleigh, NC  27604-2897

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Scott S. Morrisson, Atty. No. 11633-49 | Kay Dee Baird, Atty. No. 28821-73 |
| KRIEG DeVAULT LLP | KRIEG DeVAULT LLP |
| 12800 North Meridian Street, Suite 300 | One Indiana Square, Suite 2800 |
| Carmel, Indiana 46032-5407 | Indianapolis, Indiana  46204 |
| Telephone:  (317) 238-6201 | Telephone:  (317) 238-6306 |
| Facsimile:  (317) 636-1507 | Facsimile:  (317) 636-1507 |
| smorrisson@kdlegal.com | kbaird@kdlegal.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date: ___July 29, 2021___

*CLERK OF COURT, Roger A.G. Sharpe*

BY: _____
*Daniel J. Helling*
*Deputy Clerk*

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*)_____.

☐      I personally served the summons on the individual at (*place*) _____

_____ on (*date*)_____; or

☐      I left the summons at the individual's residence or usual place of abode with (*name*) ____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐      I served the summons on (*name of individual*) _____,      who      is

designated by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐      I returned the summons unexecuted because _____; or

☐      Other (*specify*):

My fees are $_____ for travel and $_____ for services, for a total of $  0.00  .
I declare under penalty of perjury that this information is true.

Date:_____                  _____
                                                       *Server's signature*

                                                       _____
                                                       *Printed name and title*

                                                       _____
                                                       *Server's address*

Additional information regarding attempted service, etc.:

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., | ) |
| and STEAK N SHAKE, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| iFOOD, INC., | ) |
| SHASHI K. RATTAN, and | ) |
| CHANDRU C. GURNANI, | ) |
| | ) |
| Defendants. | ) |

Civil Action No.: 1:21-cv-2131 TWP-MPB

**SUMMONS IN A CIVIL ACTION**

To:   Shashi K. Rattan
      iFood, Inc.
      220 Scotia Ct.
      Fremont, CA  94539

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Scott S. Morrisson, Atty. No. 11633-49 | Kay Dee Baird, Atty. No. 28821-73 |
| KRIEG DeVAULT LLP | KRIEG DeVAULT LLP |
| 12800 North Meridian Street, Suite 300 | One Indiana Square, Suite 2800 |
| Carmel, Indiana 46032-5407 | Indianapolis, Indiana  46204 |
| Telephone:  (317) 238-6201 | Telephone:  (317) 238-6306 |
| Facsimile:  (317) 636-1507 | Facsimile:  (317) 636-1507 |
| smorrisson@kdlegal.com | kbaird@kdlegal.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: ___July 29, 2021___

BY: _____
*Daniel J. Habing*
*Deputy Clerk*

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*)_____.

☐    I personally served the summons on the individual at (*place*) _____

_____ on (*date*)_____; or

☐    I left the summons at the individual's residence or usual place of abode with (*name*) ____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐    I served the summons on (*name of individual*) _____,   who   is

designated by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other (*specify*):

My fees are $_____ for travel and $_____ for services, for a total of $__0.00__.

I declare under penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., | ) |
| and STEAK N SHAKE, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No.: 1:21-cv-2131 TWP-MPB |
| | ) |
| | ) |
| iFOOD, INC., | ) |
| SHASHI K. RATTAN, and | ) |
| CHANDRU C. GURNANI, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

To:    Shashi K. Rattan
       43570 Homestead Court
       Fremont, CA  94539

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Scott S. Morrisson, Atty. No. 11633-49 | Kay Dee Baird, Atty. No. 28821-73 |
| KRIEG DeVAULT LLP | KRIEG DeVAULT LLP |
| 12800 North Meridian Street, Suite 300 | One Indiana Square, Suite 2800 |
| Carmel, Indiana 46032-5407 | Indianapolis, Indiana  46204 |
| Telephone:  (317) 238-6201 | Telephone:  (317) 238-6306 |
| Facsimile:  (317) 636-1507 | Facsimile:  (317) 636-1507 |
| smorrisson@kdlegal.com | kbaird@kdlegal.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _July 29, 2021_

*CLERK OF COURT, Roger A.G. Sharpe*

BY: _Daniel J. Hilling_
        *Deputy Clerk*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*)_____.

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*)_____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) ____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____,   who   is

designated by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (*specify*):

My fees are $_____ for travel and $_____ for services, for a total of $__0.00___.

I declare under penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

STEAK N SHAKE ENTERPRISES, INC., )
and STEAK N SHAKE, LLC, )
                           )
           Plaintiffs, )
                           )
        v. )            Civil Action No.: 1:21-cv-2131 TWP-MPB
                           )
                           )
iFOOD, INC., )
SHASHI K. RATTAN, and )
CHANDRU C. GURNANI, )
                           )
          Defendants. )

**SUMMONS IN A CIVIL ACTION**

To:     Chandru C. Gurnani
         iFood, Inc.
         2840 E. Millbrook Rd.
         Raleigh, NC  27604

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott S. Morrisson, Atty. No. 11633-49       Kay Dee Baird, Atty. No. 28821-73
KRIEG DeVAULT LLP                        KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300      One Indiana Square, Suite 2800
Carmel, Indiana 46032-5407               Indianapolis, Indiana  46204
Telephone:  (317) 238-6201               Telephone:  (317) 238-6306
Facsimile:  (317) 636-1507                Facsimile:  (317) 636-1507
smorrisson@kdlegal.com                   kbaird@kdlegal.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    July 29, 2021

CLERK OF COURT, Roger A.G. Sharpe

BY: _____

Daniel J. Habing

Deputy Clerk



**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*)_____.

☐　　I personally served the summons on the individual at (*place*) _____

_____ on (*date*)_____; or

☐　　I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐　　I served the summons on (*name of individual*) _____,　who　is

designated by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐　　I returned the summons unexecuted because _____; or

☐　　Other (*specify*):

My fees are $_____ for travel and $_____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date:_____　　　　_____

　　　　　　　　　　　　　　　　　　*Server's signature*


　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　*Printed name and title*


　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　*Server's address*


Additional information regarding attempted service, etc.:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., | ) |
| and STEAK N SHAKE, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 1:21-cv-2131 TWP-MPB |
| | ) |
| | ) |
| iFOOD, INC., | ) |
| SHASHI K. RATTAN, and | ) |
| CHANDRU C. GURNANI, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

To:     Chandru C. Gurnani
        3599 Lancelot Court
        Fremont, CA  94536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott S. Morrisson, Atty. No. 11633-49          Kay Dee Baird, Atty. No. 28821-73
KRIEG DeVAULT LLP                                       KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300           One Indiana Square, Suite 2800
Carmel, Indiana 46032-5407                            Indianapolis, Indiana  46204
Telephone:  (317) 238-6201                            Telephone:  (317) 238-6306
Facsimile:  (317) 636-1507                             Facsimile:  (317) 636-1507
smorrisson@kdlegal.com                              kbaird@kdlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   _July 29, 2021_

*CLERK OF COURT, Roger A.G. Sharpe*

BY: _____
*Daniel J. Habing*
*Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

      This summons for (*name of individual and title, if any*) _____

was received by me on (*date*)_____.

☐     I personally served the summons on the individual at (*place*) _____

_____ on (*date*)_____; or

☐     I left the summons at the individual's residence or usual place of abode with (*name*) ____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐     I served the summons on (*name of individual*) _____,   who   is

designated by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐     I returned the summons unexecuted because _____; or

☐     Other (*specify*):

My fees are $_____ for travel and $_____ for services, for a total of $__0.00___.

I declare under penalty of perjury that this information is true.


Date:_____          _____

                                               *Server's signature*

                                  _____

                                        *Printed name and title*

                                  _____

                                                 *Server's address*


Additional information regarding attempted service, etc.: