# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No.: 1:21-cv-2131 <br> ) |
| iFOOD, INC., et al. | ) <br> ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COME NOW the law firm of Greensfelder, Hemker & Gale, P.C. and William J. Anaya and hereby enter their appearance on behalf of Defendants in this action. Greensfelder attorneys John E. Petite, Lizabeth M. Conran, and Kirsten M. Ahmad will be moving for *pro hac vice* admission to appear in this case on behalf of Defendants at the earliest opportunity.

Dated: August 17, 2021

Respectfully submitted,

By *  /s/ William J. Anaya*
William J. Anaya, Indiana Bar No. 3892-98
wanaya@greensfelder.com
**GREENSFELDER, HEMKER & GALE, P.C.**
200 West Madison Street, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 419-9090
Facsimile: (312) 419-1930

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                            */s/ William J. Anaya*

1914786