**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., and STEAK N SHAKE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> iFOOD, INC., SHASHI K. RATTAN, and CHANDRU C. GURNANI, <br><br> Defendants. | Civil Action No.: 1:21-cv-2131-TWP-MPB |

**STEAK N SHAKE'S NOTICE REGARDING HEARING ON
MOTION FOR PRELIMINARY INJUNCTION
SCHEDULED FOR SEPTEMBER 8, 2021, AT 9:00 A.M.**

Plaintiffs Steak n Shake, Inc. and Steak n Shake, LLC (collectively "Steak n Shake"), by counsel and in accordance with the Scheduling Order [Dkt. 25] entered on August 12, 2021, hereby notices the Court that it does not consent to conducting the Hearing on Steak n Shake's Motion for Preliminary Injunction on September 8, 2021, at 9:00 a.m. via video teleconferencing. Steak n Shake anticipates that the Hearing will be in person.

Dated: August 26, 2021

Respectfully submitted,

s/ Kay Dee Baird
Kay Dee Baird, Atty. No. 28821-73
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
Telephone: (317) 238-6306
Facsimile: (317) 636-1507
E-mail: kbaird@kdlegal.com

        Scott S. Morrisson, Atty. No. 11633-49
        Krieg DeVault LLP
        12800 N. Meridian Street, Suite 300
        Carmel, IN 46032-5407
        Telephone:(317)238-6201
        Facsimile: (317) 636-1507
        E-mail: smorrisson@kdlegal.com

        *Attorneys for Steak n Shake Enterprises, Inc.*
        *and Steak n Shake, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

William J. Anaya, wanaya@greensfelder.com

        /s/ Kay Dee Baird
        Kay Dee Baird