**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>iFOOD, INC., et al.  )<br>)<br>Defendants.  ) | Civil Action No.: 1:21-cv-2131 |

**iFOOD, INC., SHASHI K. RATTAN, AND CHANDRU C. GURNANI'S
NOTICE REGARDING HEARING ON PLAINTIFF'S MOTION FOR PRELIMARY
INJUCTION SCHEDULED FOR SEPTEMBER 8, 2021 AT 9:00 A.M.**

Come now Defendants iFood, Inc., Shashi K. Rattan, and Chandru C. Gurnani and pursuant to Scheduling Order [Dkt.25] entered on August 12, 2021, hereby provide notice to the Court that they consent to conducting the hearing on Steak n Shake's Motion for Preliminary Injunction on September 8, 2021 at 9:00 a.m. via video teleconferencing. Steak n Shake, however, has filed notice with the Court that it does not consent to conducting the hearing via video teleconferencing and thus, there is no agreement among the parties.

Defendants believe the Court can ably conduct the 3-hour hearing on Plaintiff's Motion for Preliminary Injunction via video teleconference, as Courts have been successfully conducting hearings in this manner since the start of the Covid-19 pandemic nearly eighteen months ago. However, if the Court decides to conduct the hearing in person, Defendants respectfully request that they be permitted to attend via video teleconference. Defendants anticipate that both Shashi Rattan and Chandru Gurnani will testify at the Preliminary Injunction Hearing. Unlike the Plaintiff and its counsel who are local to Indianapolis, Mr. Rattan and Mr. Gurnani will be required to board

airplanes and fly to Indianapolis to attend the hearing in person. Shashi Rattan is 67 years old and resides in Freemont, California. Chandru Gurnani is 59 years old and resides in Raleigh, North Carolina where the restaurants at issue are located. They are each concerned with the Covid-19 related risks of traveling via airplane. In addition to their ages, Mr. Rattan and Mr. Gurnani each have additional heath issues that raise their risk of becoming severely ill if they contract Covid-19. As such, Defendants respectfully request that the Court conduct the hearing via video teleconference, or in the alternative, allow Defendants to attend the hearing via video teleconference.

Dated:  August 26, 2021   Respectfully submitted,

By   */s/ William J. Anaya*
William J. Anaya, Indiana Bar No. 3892-98
wanaya@greensfelder.com
**GREENSFELDER, HEMKER & GALE, P.C.**
200 West Madison Street, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 419-9090
Facsimile: (312) 419-1930

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Anaya*

1916057