UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., <br> STEAK N SHAKE, LLC, <br>     Plaintiffs, <br><br> v. <br><br> IFOOD, INC., <br> SHASHKI K. RATTAN, <br> CHANDRU C. GURNANI, <br>     Defendants. | No. 1:21-cv-02131-TWP-MPB |

## SCHEDULING ORDER

The hearing on injunctive relief set September 8, 2021 at 9:00 a.m. will be held **in person** in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Counsel must appear in person, but any out of state witnesses may testify virtually. Connection information for witnesses will be sent separately to counsel of record by the courtroom deputy clerk. Witness and exhibit lists are due no later than September 1, 2021.

    IT IS SO ORDERED.

Date: 8/27/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

William J. Anaya
GREENSFELDER HEMKER & GALE PC
wanaya@greensfelder.com

Kay Dee Baird
KRIEG DEVAULT LLP (Indianapolis)
kbaird@kdlegal.com

Scott Stuart Morrisson
KRIEG DEVAULT LLP
smorrisson@kdlegal.com