# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., and STEAK N SHAKE, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>iFOOD, INC.,<br>SHASHI K. RATTAN, and<br>CHANDRU C. GURNANI, )<br>)<br>)<br>)<br>Defendants. ) | Civil Action No.: 1:21-cv-2131-TWP-MPB |

## NOTICE OF SETTLEMENT

Comes now Plaintiffs Steak N Shake Enterprises, Inc. and Steak N Shake, LLC, by counsel, and with the concurrence of counsel for Defendants iFood, Inc., Shashi K. Rattan, and Chandru C. Gurnani, hereby confirm as requested the joint telephone call made today to the Court to advise that the parties have reached a tentative settlement of this matter, subject to a mutually agreeable written Settlement Agreement. It is the parties' understanding that the preliminary injunction Hearing scheduled for September 8, 2021 is vacated.

Respectfully submitted,

*/s/ Scott S. Morrisson*
Scott S. Morrisson, Atty. No. 11633-49
Krieg DeVault LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032-5407
Telephone: (317) 566-1110
          (317) 238-6201 (Direct)
Facsimile: (317) 636-1507
E-mail: smorrisson@kdlegal.com

Kay Dee Baird, Atty. No. 28821-73
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
Telephone: (317) 636-4341
          (317) 238-6306 (Direct)
Facsimile:  (317) 636-1507
E-mail:  kbaird@kdlegal.com

*Attorneys for Plaintiffs Steak n Shake Enterprises, Inc. and Steak n Shake, LLC*

KD_13479807_1.docx